| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FILIPPINE, EDWARD L | 2. Court or Organization<br><br>USDC, EDMO | 3. Date of Report<br><br>05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>T.F. Eagleton U.S. Courthouse<br>111 S 10th St., Room 10.137<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -7 A 9 55 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FILIPPINE, EDWARD L | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, account | A | Interest | J | T | | | | | |
| 2. Bank of America, ( IRA#1) (CDs) (See Pt VIII) | A | Interest | J | T | | | | | |
| 3. Bank of America, (IRA#2) (CDs) (See Pt VIII) | A | Interest | J | T | | | | | |
| 4. Southwest Bank, account | B | Interest | K | T | | | | | |
| 5. Brokerage Account -- | | | | | | | | | |
| 6. --Stifel, Nicolaus & Co, (IRA#1) (See Pt VIII) | A | Dividend | K | T | | | | | |
| 7. *First TR654 UNIT PHARM PORT SER 14 SEMI REIN | | | | | | | | | |
| 8. *General Money Market | | | | | | | | | |
| 9. --Stifel, Nicolaus & Co (IRA#2) (See Pt VIII) | A | Dividend | J | T | | | | | |
| 10. *First TR654 UNIT PHARM PORT SER 14 SEMI REIN | | | | | | | | | |
| 11. *General Money Market | | | | | | | | | |
| 12. --Seligman Growth Fund Cl A, mutual fund | | None | J | T | | | | | |
| 13. --GSK , common stock | A | Dividend | J | T | | | | | |
| 14. --EMC, common stock | | None | K | T | | | | | |
| 15. --BAC, common stock | A | Dividend | J | T | | | | | |
| 16. --Missouri ST HLTH & EDI FACS, bond | A | Interest | J | T | | | | | |
| 17. --CAG, common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FILIPPINE, EDWARD L | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FITB, common stock | B | Dividend | L | T | | | | | |
| 19. --SEL, common stock | A | Dividend | J | T | | | | | |
| 20. --NTAP, common stock | | None | | | sold | 09/20 | K | | |
| 21. -General Money Market at Stifel, Nicolaus & Co | A | Interest | K | T | | | | | |
| 22. --Missouri ST HLTH & EDL FACS Auth HLTH OID Bk Entry, bond | A | Interest | J | T | | | | | |
| 23. --Missouri ST HLTH & EDL FACS OID Bk Entry, bond | A | Interest | J | T | | | | | |
| 24. --GE, common stock | A | Dividend | J | T | | | | | |
| 25. --Missouri ST ENVIRON IMPT & ENERGY, bond | A | Interest | J | T | | | | | |
| 26. --CMCSA, common stock | | None | J | T | | | | | |
| 27. --KMP, limited partnership | A | Dividend | J | T | | | | | |
| 28. --MO, common stock | A | Dividend | K | T | | | | | |
| 29. --PGN, common stock | A | Dividend | J | T | | | | | |
| 30. --SPI, common stock (See Pt VIII) | A | Dividend | J | T | | | | | |
| 31. --VLI, limited partnership | B | Dividend | K | T | | | | | |
| 32. Phoenix Life Insurance Co, whole life (See Pt VIII) | A | Dividend | J | T | | | | | |
| 33. Great West Life & Ann Ins Co, whole life (See Pt VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Investments and Trusts, Section B (2) asks for the type of income received from investments. In certain cases, however, there was more than one type. Consequently, please note that in lines 2, 3, 6, and 9 one type is listed; but in each case income was also received from "distribution." The same occurred in lines 32 and 33. There in each case "dividend" was listed but income was also received from "interest."
[This note is necessary as the software allows only one entry in section B(2).]

Part VII, Investments and Trusts, Section A, line 30, SPI, common stock: On 06/12/2006, SPI recapitalized resulting in a reduction of its outstanding shares. Consequently, the number of shares held by us were exchanged for a lesser number and the difference in value was paid in cash into our General Money Market Account at Stifel, Nicolaus & Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 05/02/07

NOTE: ANYONE WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



CHAMBERS OF

## RAYMOND L. FINCH

DISTRICT JUDGE

3013 ESTATE GOLDEN ROCK
SUITE 373
CHRISTIANSTED, ST. CROIX
VIRGIN ISLANDS 00820 - 4355
(340) 773-5021 • FAX: (340) 773-2113

May 16, 2007

RECEIVED
2007 MAY 29 A 10: 34
FINANCIAL
DISCLOSURE OFFICE

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith::

### Re: Calendar Year 2006 Filing

The following is to explain my entry in Part VII, page 1, line 2:

Some time during or after 2004, Prudential Bache, with whom I had my money market funds, was bought by Wachovia Corporation. Wachovia Securities is a non-bank affiliate of Wachovia Corporation where the funds are now held. These funds are held there (Wachovia Securities) as money market funds.

If you require additional explanation, please let me know.

Sincerely,



Raymond L. Finch